Councilman Robert MARKOVICH, Councilman George Jancosek, The Hammond Advisory Board of Zoning Appeals, and The City of Hammond, Appellants,

v.

William J. McENERY As Trustee of The William J. McEnery Revocable Trust and Gas City, Ltd., Appellees.

No. 45S04–0102–CV–96.

Supreme Court of Indiana.

Aug. 23, 2002.

## ORDER

By order dated February 9, 2001, the Court granted transfer from the opinion of the Court of Appeals. After further review, the Court now finds that transfer was improvidently granted. Accordingly the order granting transfer is vacated. Transfer is DENIED.

All Justices concur.